UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS LUONGO, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-12099-IT |
| Plaintiff, | CLASS ACTION |
| v. | |
| DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI, | |
| Defendants. | |
| GREGORY HATHAWAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-10059-IT |
| Plaintiff, | CLASS ACTION |
| v. | |
| DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI | |
| Defendants. | |
| OSCAR GUZMAN-MARTINEZ, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-10173-IT |
| Plaintiff, | CLASS ACTION |
| v. | |
| DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI | |
| Defendants. | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF SOPHIA ZHOU'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1. I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Sophia Zhou ("Ms. Zhou" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Movant's sworn Certification; |
| Exhibit B: | Charts of Movant's estimated losses; |
| Exhibit C: | Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on December 21, 2021; |
| Exhibit D: | Hagens Berman's firm résumé; and |
| Exhibit E: | Movant's declaration. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of February 2022, at San Diego, California.

                                                             */s/ Lucas E. Gilmore*
                                                           LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                              */s/ Thomas M. Sobol*
                                              THOMAS M. SOBOL