# Exhibit B

## Loss Analysis for Sophia Zhou - Desktop Metal, Inc. (DM)
### Class Period 02/17/21 - 11/15/21

|  | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 10/21/21 | 1,000 | $7.1000 | $7,100.00 | | 11/02/21 | 1,000 | $8.8112 | $8,811.20 |
| Purchases | 10/26/21 | 700 | $7.1200 | $4,984.00 | | 11/02/21 | 5,700 | $8.8105 | $50,219.85 |
| | 10/26/21 | 5,000 | $7.0200 | $35,100.00 | | | | | |
| | 11/03/21 | 6,000 | $9.0100 | $54,060.00 | | | | | |
| | 11/03/21 | 6,000 | $8.8000 | $52,800.00 | | | | | |
| | 11/03/21 | 7,000 | $8.9000 | $62,300.00 | | | | | |
| | 11/03/21 | 10,000 | $8.8500 | $88,500.00 | | | | | |
| | 11/03/21 | 6,000 | $8.9499 | $53,699.52 | | | | | |
| | 11/04/21 | 10,000 | $8.4000 | $83,999.50 | | | | | |
| | 11/08/21 | 2,000 | $8.7000 | $17,400.00 | | | | | |
| | 11/08/21 | 5,000 | $8.7000 | $43,500.00 | | | | | |
| | 11/08/21 | 10,000 | $8.7000 | $87,000.00 | | | | | |
| | 11/09/21 | 10,000 | $8.2300 | $82,300.00 | | | | | |
| | 11/15/21 | 100,000 | $8.3800 | $838,000.00 | | | | | |
| | 11/15/21 | 140,000 | $8.4085 | $1,177,188.31 | | | | | |
| Post Class Purchases | | | | | | | | | |
| | | | | | Post Class Sales | *12/2/2021 | 8,000 | $6.6800 | $53,440.00 |
| | | | | | | *12/2/2021 | 10,000 | $6.6800 | $66,800.00 |
| | | | | | | *12/2/2021 | 19,000 | $6.6800 | $126,920.00 |
| | | | | | | *12/3/2021 | 100,000 | $6.6200 | $662,000.00 |
| | | | | | | *12/3/2021 | 7,850 | $6.6200 | $51,967.00 |
| | | | | | | *12/3/2021 | 13,710 | $6.6200 | $90,760.20 |
| | | | | | | *12/3/2021 | 118,440 | $6.6200 | $784,072.80 |

*On 12/02/21 movant actually sold 8,000 shares at $5.58, 10,000 shares at $5.5904, and 19,000 shares at $5.6585. On 12/03/21 movant actually sold 100,000 shares at $5.71, 7,850 shares at $5.67, 13,710 shares at $5.6623, and 118,440 shares at $5.60. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of DM between 11/16/21 and 12/01/21, $6.68, and between 11/16/21 and 12/02/21, $6.62, respectively.

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 318,700 | Total Amt. Paid in CP | $2,687,931.33 |
| | | Total Shares Sold in CP | 6,700 |
| | | Post CP Shares Sold | 277,000 |
| | | Total Shares Sold to Current | 283,700 |
| | | Total Amt. Sold in CP | $59,031.05 |
| | | Post CP Amount Sold | $1,835,960.00 |
| | | Total Amt. Sold to Current | $1,894,991.05 ALTERNATIVE |

Actual Net Shares Acquired in CP  312,000  (CP Retained Shares)

Net Amount Paid in CP  $2,628,900.28
Net Amount Paid in CP Minus Sold to Current Date  $792,940.28 ALTERNATIVE

### Calculation Using 90-Day Lookback

Net Shares Acquired in CP (CP Retained Shares)  312,000  Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date  35,000  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $5.03

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $1,570,548.57
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $176,183.33 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $2,452,716.94 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $1,058,351.70
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $616,756.94 ALTERNATIVE