**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NICHOLAS LUONGO, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI,<br><br>    Defendants. | Case No. 1:21-cv-12099-IT<br><br>Consolidated Action |
| GREGORY HATHAWAY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI,<br><br>    Defendants. | Case No. 1:22-cv-10059-IT |
| OSCAR GUZMAN-MARTINEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, and ALI EL-SIBLANI,<br><br>    Defendants. | Case No. 1:22-cv-10173-IT |

**[PROPOSED] SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO IN RE-CONSILDATED ACTION**

The Court enters the following schedule for the filing of an amended complaint and Defendants' response thereto:

| Event | Deadline |
|---|---|
| **Amended Complaint** | (60 days after the Court's Order Granting Re-Consolidation) |
| **Answer or Motion to Dismiss** | (60 days after filing of Amended Complaint) |
| **Opposition to Motion to Dismiss** | (45 days after filing of Motion to Dismiss) |
| **Reply In Support of Motion to Dismiss** | (30 days after filing of Opposition) |
| **Hearing on Motion to Dismiss** | (To be set by Court) |
| **Rule 16 Case Management Conference** | (To be set by Court) |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. INDIRA TALWANI
UNITED STATES DISTRICT JUDGE